

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Timothy Jan Leftwich, Appellant

No. 06-23-00116-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2021-F-00104). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Timothy Jan Leftwich, pay all costs incurred by reason of this appeal.

RENDERED MARCH 1, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk